DECEMBER 6, 1938

**No. 40038.—**—Protests 902260–G, etc., of Samuel McCrudden & Co., Inc. Abstract 39747. Application by plaintiff for rehearing granted.

BEFORE THE FIRST DIVISION, DECEMBER 7, 1938

**No. 40039.—**Protest 874729–G of Horni Signal Mfg. Co., Inc. (New York).

Opinion by SULLIVAN, J. While the merchandise was invoiced as glass balls it was found not to be exactly globular. The exhibit resembles two half globes of different diameters joined in the center. From the testimony it was found that in its imported condition the article does not illuminate, either by reflection or otherwise. When finished it becomes an article that reflects light. On the authority of *Petrocelli* v. *United States* (T. D. 46269) it was held not to be dutiable under paragraph 218 (c). The claim at 50 percent under paragraph 230 (d) was sustained. *Solomon* v. *United States* (13 Ct. Cust. Appls. 353, T. D. 41256) cited.

BEFORE THE SECOND DIVISION, DECEMBER 7, 1938

**No. 40040.—**Protest 96935–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416) the merchandise in question was held dutiable as knit outerwear in chief value of wool under paragraph 1114 as claimed.

**No. 40041.—**Protests 126785–G, etc., of Frederick Loeser & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items are similar to those involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). They were therefore held dutiable under paragraph 1114 as claimed.

**No. 40042.—**Protests 193188–G, etc., of Lord & Taylor (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) embroidered net trimmings similar to those the subject of Abstract 12555 and other embroidered articles like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) at 75 percent under paragraph 1430; (2) wool knit apparel at 45 cents per pound and 50 percent ad valorem under paragraph 1114, Abstract 16064 followed; and (3) wearing apparel in chief value of artificial silk at 60 percent under paragraph 31, Abstract 37230 followed.